UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 31 2012
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse
```

**UNITED STATES OF AMERICA**

                                   Plaintiff

- against -

**Civil Action No.
7:11-CV-01368**

**Bertha Arquitt**

**DEFAULT JUDGMENT**

                                  Defendant(s)

---

Because Bertha Arquit failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Bertha Arquitt:

| | |
|---|---|
| Principal Balance | $ 7,141.77 |
| Total Interest Accrued | 6,222.01 |
| Total Owed | $ 13,363.78 |
| Interest Rate   8.25% | |
| Fees for Service | $    25.00 |

Post-judgment interest pursuant to 28 U.S.C. 1961

Signed_____January 31, 2012_____, New York

*[signature]*
Clerk of Court

*[signature]*

By: Joanne Bleskoski, Deputy Clerk