**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.

F I L E D

JAN 3 1 2012

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES OF AMERICA**

Plaintiff

**Civil Action No.
7:11-CV-01368**

- against -

**Bertha Arquitt**

**DEFAULT JUDGMENT**

Defendant(s)

---

Because Bertha Arquit failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Bertha Arquitt:

| | |
|---|---|
| Principal Balance | $  7,141.77 |
| Total Interest Accrued | 6,222.01 |
| Total Owed | $  13,363.78 |

Interest Rate          8.25%

Fees for Service                         $     25.00

Post-judgment interest pursuant to 28 U.S.C. 1961

Signed_____January 31, 2012_____, New York

Clerk of Court

By: Joanne Bleskoski, Deputy Clerk