# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                               CIVIL NO.  7:11-CV-1368

**Bertha Arquitt,**               ORDER/APPLICATION FOR WRIT OF
                                              GARNISHMENT
    Defendant.

    and,

**Bank of America,**

    Garnishee.

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Bertha Arquitt,** ("Defendant") Social Security Number **XXX-XX-4952**, whose last known address is: **412 Oak Point Road, Hammond, NY 13646** in the above cited action in the amount of **$13,363.78**, plus interest at the rate of **.11%** from **January 31, 2012**, until paid, together with costs. A balance of **$13,503.31** remains outstanding. Demand for payment of the

above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee, **Bank of America**, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

**Bank of America**
**5701 Horatio Street**
**Utica, NY 13502**

Dated this ___19___ day of ___June___, 20_12_.

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

_/s/_____

Dated at ___Syracuse___, NY

___June 21, 2012___

It is so Ordered

_Andrew T. Baxter_

PAGE 2 - APPLICATION FOR WRIT OF GARNISHMENT